UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM GULLEY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 1:07-cv-0788-DFH-TAB |
| ) | |
| ANTHONY MORAVEC, et al., ) | |
| ) | |
| Defendants. ) | |

FINAL JUDGMENT

The court having issued several decisions and the parties having resolved certain claims by agreement, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1.	All claims of plaintiff Randall McKee are dismissed with prejudice by stipulation.

2.	The claims of plaintiffs William Gulley, Laura Farris, Mike Stimak, Sandra Taylor, Jeff Whiteley, Tricia Hoopingarner, Joe Delloiacovo, Robert Hahn, David Stephens, James Woodlock Jr., Randall Harris, Joseph Brogan, Dennis Morris, Dixin Ma, and Mike Taylor against defendants Anthony Moravec, Robert Boorstein, Neil Cohen, Joseph H. Wilson, Peter Weber, Gordon Kaye, Nancy Kaye, David A. Lovenheim, Deborah B. Stern and Deborah B. Stern Revocable Living

Trust UAD 4/16/1996, Thomas L. Selznick, Vicki M. Selznick, Steven D. Lerner, Maribeth P. Lerner, Bent Glass Design, Inc., Ellen Boorstein, David Boorstein c/o Ellen Boorstein custodian, Karen Feldman, Karen N. Feldman Salomon Smith Barney as custodian for FBO Karen Feldman Acct. No. xxx-xxxxx-x0-169, Robert K. Lerner, Patricia K. Lerner, C&C Medical Waste Technologies, LLC, and Liselotte Hof under Count I of the Amended Complaint are dismissed as moot.

3.  The claims of plaintiffs William Gulley, Laura Farris, Mike Stimak, Sandra Taylor, Jeff Whiteley, Tricia Hoopingarner, Joe Delloiacovo, Robert Hahn, David Stephens, James Woodlock Jr., Randall Harris, Joseph Brogan, Dennis Morris, Dixin Ma, and Mike Taylor against defendants Anthony Moravec, Robert Boorstein, Neil Cohen, Joseph H. Wilson, Peter Weber, Gordon Kaye, Nancy Kaye, David A. Lovenheim, Deborah B. Stern and Deborah B. Stern Revocable Living Trust UAD 4/16/1996, Thomas L. Selznick, Vicki M. Selznick, Steven D. Lerner, Maribeth P. Lerner, Bent Glass Design, Inc., Ellen Boorstein, David Boorstein c/o Ellen Boorstein custodian, Karen Feldman, Karen N. Feldman Salomon Smith Barney as custodian for FBO Karen Feldman Acct. No. xxx-xxxxx-x0-169, Robert K. Lerner, Patricia K. Lerner, C&C Medical Waste Technologies, LLC, and Liselotte Hof under Counts II, III, IV, and V of the Amended Complaint are dismissed with prejudice.

4.  All parties shall bear their own costs.

Date:  August 17, 2009

*David F Hamilton*

DAVID F. HAMILTON, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

*Lana B. Kirk*

By:  Deputy Clerk

Copies to:

Anne N. DePrez
BARNES & THORNBURG LLP
adeprez@btlaw.com

Raegan Mackenzie Gibson
DANN PECAR NEWMAN & KLEIMAN
rgibson@dannpecar.com

Edward E. Hollis
BAKER & DANIELS - Indianapolis
eehollis@bakerd.com

David S. Wagner
BAKER & DANIELS, LLP
david.wagner@bakerd.com

Mark Richard Waterfill
DANN PECAR NEWMAN & KLEIMAN
mwaterfill@dannpecar.com